1044

No. 89–666. WEST VIRGINIA STATE MEDICAL ASSN. *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 4th Cir. Certiorari denied.

No. 89–672. CHURCH UNIVERSAL & TRIUMPHANT, INC., ET AL. *v.* WITT, EXECUTRIX OF THE ESTATE OF MULL. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 89–677. ROE *v.* UNITED STATES. C. A. D. C. Cir. Certiorari denied.

No. 89–689. DUGAN *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 89–695. WISHART *v.* FLORIDA BAR ASSN. Sup. Ct. Fla. Certiorari denied.

No. 89–747. CHICAGO CABLE COMMUNICATIONS ET AL. *v.* CHICAGO CABLE COMMISSION ET AL. C. A. 7th Cir. Certiorari denied.

No. 89–756. BROTHERHOOD OF RAILROAD SIGNALMEN, AFL–CIO, ET AL. *v.* SOUTHEASTERN PENNSYLVANIA TRANSPORTATION AUTHORITY. C. A. 3d Cir. Certiorari denied.

No. 89–763. FERDINAND *v.* UNITED STATES. Ct. Mil. App. Certiorari denied.

No. 89–780. SMITH ET AL. *v.* STONEKING. C. A. 3d Cir. Certiorari denied.

No. 89–782. SMITH ET AL. *v.* SOWERS. C. A. 3d Cir. Certiorari denied.

No. 89–783. INDEPENDENT FEDERATION OF FLIGHT ATTENDANTS *v.* TRANS WORLD AIRLINES, INC. C. A. 8th Cir. Certiorari denied.

No. 89–787. HEDICKE *v.* TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 89–791. MCGEE ET AL. *v.* INTERINSURANCE EXCHANGE OF THE AUTOMOBILE CLUB OF SOUTHERN CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.